# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG HAIXIANG,<br><br>    Petitioner,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>    Respondents. | No. ED CV 25-1890-JLS(E)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation were filed. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered granting the Petition, and Respondents are ordered to release Petitioner from custody immediately, subject to his 2018 order of supervision.

///

1 IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner, on counsel for Petitioner and on counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  December 18, 2025

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE