## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG HAIXIANG, | No. ED CV 25-1890-JLS(E) |
| Petitioner, | |
| v. | JUDGMENT |
| DEPARTMENT OF HOMELAND SECURITY, ET AL., | |
| Respondents. | |

IT IS ADJUDGED that the Petition is granted and Respondents are ordered to release Petitioner from custody immediately, subject to his 2018 order of supervision.

DATED: December 18, 2025.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE